**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| IN THE MATTER OF | ) | |
| | ) | |
| JAMES EARL HARRIS | ) | BANKRUPTCY CASE NUMBER 09-15662 |
| | ) | CHAPTER 7 |
| DEBTOR. | ) | |

**NOTICE OF DEPOSIT OF UNCLAIMED FUNDS WITH CLERK**

Comes now the undersigned, Yvette Gaff Kleven, Trustee, and by way of notice states the following:

1. The undersigned is the duly appointed Chapter 7 Trustee in the bankruptcy in the above-entitled matter.

2. That Check #101 issued to Debtor James Earl Harris and forwarded to Debtor's Counsel, Steven J. Glaser, 116 East Berry Street, Suite 1900, Fort Wayne, Indiana 46802, on July 9, 2010 in the amount of $703.88, has not been cashed.

3. That the Trustee hereby gives notice that such amount of **$703.88** is being presented to the Clerk of the United States Bankruptcy Court for the benefit of the Debtor.

Respectfully submitted,

    /s/ Yvette Gaff Kleven
Yvette Gaff Kleven, Chapter 7 Trustee
927 South Harrison Street
Fort Wayne, Indiana   46802
Telephone:  260 / 407-7000
ygk@sak-law.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 7th day of October, 2010, a true and correct copy of the above and foregoing Notice Of Deposit Of Unclaimed Funds With Clerk was transmitted electronically through the Bankruptcy Court's ECF System to:  United States Trustee, USTPRegion10.SO.ECF@usdoj.gov,, and was sent via first class United States mail, postage prepaid, to:  Steven J. Glaser, 116 East Berry Street, Suite 1900, Fort Wayne, Indiana 46802, and James E. Harris, 5414-A River Run Trail, Fort Wayne, Indiana 46825.

    /s/ Yvette Gaff Kleven_____
Yvette Gaff Kleven