# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF INDIANA
### FORT WAYNE DIVISION

| | |
|---|---|
| IN THE MATTER OF ) | |
| ) | |
| JAMES EARL HARRIS ) | BANKRUPTCY CASE NUMBER 09-15662 |
| ) | CHAPTER 7 |
| DEBTOR. ) | |

### SECOND NOTICE OF DEPOSIT OF UNCLAIMED FUNDS WITH CLERK

Comes now the undersigned, Yvette Gaff Kleven, Trustee, and by way of notice states the following:

1. The undersigned is the duly appointed Chapter 7 Trustee in the bankruptcy in the above-entitled matter.

2. The Trustee filed her Final Report And Distribution Summary on May 25, 2011, and issued checks as proposed in said proposed distribution.

3. That Check #108 issued to Verizon Bankruptcy, PO Box 407, Westfield, IN 46074 on June 17, 2011 in the amount of $242.02 was returned as undeliverable by the Post Office.

4. That the Trustee hereby gives notice that such amount of **$242.02** is being presented to the Clerk of the United States Bankruptcy Court for the benefit of such claimant.

Respectfully submitted,

\_\_\_/s/ Yvette Gaff Kleven_____
Yvette Gaff Kleven, Chapter 7 Trustee
927 South Harrison Street
Fort Wayne, Indiana   46802
Telephone:   260 / 407-7000
ygk@sak-law.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 23rd day of June, 2011, a true and correct copy of the above and foregoing Second Notice Of Deposit Of Unclaimed Funds With Clerk was transmitted electronically through the Bankruptcy Court's ECF System to: United States Trustee, USTPRegion10.SO.ECF@usdoj.gov,, and was sent via first class United States mail, postage prepaid, to Verizon Bankruptcy, PO Box 407, Westfield, IN 46074.

                 ____/s/ Yvette Gaff Kleven_____
                 Yvette Gaff Kleven